IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY CANDIDO, individually and on behalf of all others similarly situated**<br>　　　　　　**Plaintiffs,**<br>　　　　v.<br>**UPPER DARBY TOWNSHIP**<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 23-1542** |

## ORDER

**AND NOW,** this 27th day of February 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 11]; Plaintiff's Response; and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff's Fifth and Fourth Amendment claims under 42 U.S.C. § 1983 are **DISMISSED without prejudice**. If Plaintiff wishes to proceed with a Fifth or Fourth Amendment claim under 42 U.S.C. § 1983, Plaintiff may file an amended complaint by or before **March 15, 2024**.

2. Plaintiff's State Constitution claim under 42 U.S.C. § 1983 is **DISMISSED with prejudice**.

3. Plaintiff's negligence claim is **DISMISSED with prejudice** under Pennsylvania's Political Subdivision Tort Claims Act.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**