IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY G. CANDIDO<br>        Plaintiff,<br>v.<br>UPPER DARBY TOWNSHIP<br>        Defendant. | CIVIL ACTION NO. 23-1542 |

## ORDER

**AND NOW**, this this 21st day of May 2025, following a hearing held on the record on May 19, 2025 regarding final approval of class action settlement and Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Service Award [Doc No. 32] and upon consideration of all written materials, and for the reasons stated on the record, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff and Class Counsel are awarded the following, pursuant to and to be paid in accordance with the Settlement:

1. Attorneys' fees to Class Counsel in the amount of $407,938.00;
2. Litigation costs to Class Counsel in the amount of $6,494.00; and
3. A service award to Plaintiff in the amount of $5,000.00.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**